

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00088-CR

STACEY EDWARD LEE FROST, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 25,642-C, Honorable Ana Estevez, Presiding

June 22, 2016

ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Stacey Edward Lee Frost, appealed his conviction for the offense of burglary of a habitation.[1]  Appellant was sentenced to six years' incarceration in the Institutional Division of the Texas Department of Criminal Justice, but the sentence of confinement was suspended and appellant was placed on community supervision for a period of four years.  On June 16, 2016, appellant's counsel filed a Motion to Dismiss Appeal.

---

[1] See TEX. PENAL CODE ANN. § 30.02 (West 2011).

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.